# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---:|---|
| Debtor: | ILX RESORTS, INC. |
| Case Number: | 2:09-bk-03594-RTBP      Chapter: 11 |
| Date / Time / Room: | THURSDAY, JANUARY 07, 2010 10:00 AM   7TH FLOOR #703 |
| Bankruptcy Judge: | REDFIELD T. BAUM |
| Courtroom Clerk: | LORRAINE DAVIS |
| Reporter / ECR: | JUANITA PIERSON-WILLIAMS |

## Matters:

1) CONTINUED FINAL HEARING ON MOTION FOR RELIEF FROM STAY FILED BY TEXTRON
   R / M #:   223 / 0

2) ADM: 2:09-BK-03594-RTBP
   EXPEDITED HEARING ON OBJECTION TO THIRD MOTION TO EXTEND EXCLUSIVITY AND CROSS MOTION TO LIMIT EXCLUSIVITY AND ALLOW TEXTRON FINANCIAL TO FILE ITS OWN PLAN FILED BY TEXTRON
   R / M #:   378 / 0

3) ADM: 2:09-BK-03594-RTBP
   EXPEDITED HEARING ON DEBTORS MOTION TO RECONSIDER AND VACATE ORDER GRANTING TEXTRON FINANCIAL CORPORATIONS EMERGENCY MOTION FOR ACCELERATED HEARING ON ITS OBJECTION TO THIRD MOTION TO EXTEND EXCLUSIVITY TO LIMIT EXCLUSIVITY AND ALLOW TEXTRON FINANCIAL TO FILE ITS OWN PLAN AND MOTION FOR PROTECTIVE ORDER PROHIBITING EXPEDITED DISCOVERY RELATING TO TEXTRONS MOTION
   R / M #:   386 / 0

4) ADM: 2:09-BK-03594-RTBP
   CONTINUED EVIDENTIARY HEARING ON CONFIRMATION OF PLAN
   R / M #:   241 / 0

## Appearances:

JOHN J. HEBERT/WESLEY DENTON RAY, ATTORNEY FOR ILX RESORTS, INC.
CATHY REECE/KEITH HENDRICKS, ATTY TEXTRON
RICHARD HEROLD, ATTY IRWIN BANK
ED ZACHARY, ATTY M&I
PETER SIDDIQUI, ATTY DIAMOND (APPEARED IN THE AFTERNOON)

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...    2:09-bk-03594-RTBP            THURSDAY, JANUARY 07, 2010 10:00 AM

## *Proceedings:*

ITEM #2 & #3

Ms. Reece & Mr. Hebert argue their respective positions and discuss the issues with the court.

COURT:  IT IS ORDERED taking these matters under advisement.

ITEM #1 & #4

Mr. Hendricks calls Josh Allison to the stand.  He offers his declaration into evidence and presents the witness for cross examination.

COURT:  IT IS ORDERED conditionally admitting debtor's exhibit 1 and exhibit 48.

Mr. Ray proceeds with the cross examination of Mr. Allison.

COURT:  IT IS ORDERED conditionally admitting exhibit 1.

Mr. Hendricks redirects.  Mr. Ray cross examines and the witness is excused.

The court recesses for lunch.  Following the break, the parties indicate they are negotiating a settlement and the recess is continued to allow the parties to continue.

Court reconvenes and Mr. Hebert advises the court of the terms of the agreement.  Ms. Reece and Mr. Siddiqui agree to the terms as stated on the record.

COURT:  IT IS ORDERED accepting the agreement of the parties.

*exhibits in separate binders