**SO ORDERED.**

Dated: June 18, 2010



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT

# THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ILX RESORTS INCORPORATED, *et al*.<br><br>      Debtor(s)<br><br>Address:   160 Portal Lane<br>                Sedona, AZ 86336<br><br>Tax EIN:   xx-xxx4171<br><br>This filing applies to:<br><br>    ☒   ALL DEBTORS<br><br>    ☐   SPECIFIED DEBTORS | Chapter 11 Proceedings<br><br>Case No.  2:09-bk-03594-RTB<br>Case No.  2:09-bk-03595-RTB<br>Case No.  2:09-bk-03596-RTB<br>Case No.  2:09-bk-03598-RTB<br>Case No.  2:09-bk-03599-RTB<br>Case No.  2:09-bk-03600-RTB<br>Case No.  2:09-bk-03601-RTB<br>Case No.  2:09-bk-03603-RTB<br>Case No.  2:09-bk-03604-RTB<br>Case No.  2:09-bk-03605-RTB<br>Case No.  2:09-bk-03606-RTB<br>Case No.  2:09-bk-03608-RTB<br>Case No.  2:09-bk-03609-RTB<br>Case No.  2:09-bk-03610-RTB<br>Case No.  2:09-bk-03612-RTB<br>Case No.  2:09-bk-03617-RTB<br><br>Joint Administration under<br>Case No. 2:09-bk-03594-RTB<br><br>**ORDER ESTABLISHING**<br>**CERTAIN SALE PROCEDURES** |

     Upon consideration of the motion of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order granting the Motion Establishing Certain Sale Procedures (the "Procedures Motion") and the Court having reviewed the Procedures Motion and any responses thereto; having determined that the relief requested in the Procedures Motion is in the best interests of the Debtors, their estates, their creditors and other parties-in-interest; having found that it has jurisdiction over the Procedures Motion and that this is a core proceeding; and

1

2694111.01

having found that notice of the Procedures Motion was good and sufficient under the particular circumstances and that no other or further notice need be given; and good and sufficient cause appear therefor:

**IT IS HEREBY FOUND AND ORDERED THAT:**

1. The Procedures Motion is granted as set forth herein (capitalized but undefined terms shall have the meanings ascribed to them in the Procedures Motion).

2. All objections to the Procedures Motion that have not been withdrawn, waived, or settled and all reservations of rights included therein, are overruled on the merits.

3. The Bidding Procedures set forth on Exhibit "A" hereto are approved in their entirety and shall be effective and binding on all parties as if such Bidding Procedures were set forth in this Order.

4. If a Qualified Bid, other than that of ILX Acquisition, Inc. (the "Proposed Buyer") is received pursuant to the Bidding Procedures, this Court shall conduct an Auction in accordance with the provisions of the Bidding Procedures on July 23, 2010 at 9:00 a.m. (the "Sale Hearing Date").

5. At the Auction, the Court may alter any of the Bidding Procedures in its sole discretion. **The Court has stated on the record that the Court may change any Sale Procedures at any time, including during the Sale Hearing, if the Court determines it is appropriate**.

6. The Debtors are authorized and directed to provide notice of the procedures established herein pursuant to the terms and requirements of the Order Establishing Notice Procedures Relating to the Joint Plan of Reorganization and Motion to Approve the Sale of Substantially all of the Debtors' Assets.

7. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation and/or interpretation of this Order.

2694111.01

8. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, as made applicable herein by Rule 9021 of the Federal Rules of Bankruptcy Procedure, this Order shall constitute an Order approving the Sale Procedures Motion.

**SO ORDERED, DATED, AND SIGNED ABOVE.**

3

2694111.01

# EXHIBIT A

## The Bidding Procedures

a. Only Qualified Bidders will be permitted to participate in the Auction, which will take place on July 23, 2010, at 9:00 a.m., in Courtroom #703 of the United States Bankruptcy Court for the District of Arizona, Bankruptcy Judge Redfield T. Baum presiding. "Qualified Bids" are bids that comply with these procedures or are otherwise permitted by the Bankruptcy Court, and "Qualified Bidders" are those submitting Qualified Bids.

b. The "Proposed Buyer is deemed a Qualified Bidder and its bid in the amount of $29,672,251 will be deemed the "Initial Bid" for the Assets. Textron Financial is also deemed to be a Qualified Bidder without complying with any of the Bidding Procedures.

c. Upon request to the Debtors by a potential bidder ("Potential Bidder"), and upon the execution of a confidentiality agreement in form and substance satisfactory to the Debtors and their counsel and a preliminary showing satisfactory to the Debtors that such Potential Bidder has the financial wherewithal necessary to purchase the Assets, the Debtors will provide such Potential Bidder with reasonable access to relevant information that will enable that Potential Bidder to evaluate the Assets for the purpose of submitting a competing offer.

d. Each Potential Bidder (including affiliates) may submit a bid on or before the Bid Deadline.

e. Each Potential Bidder must submit its bid by a date that is not less than five business days prior to the auction date (the "Bid Deadline").

f. All bids must be delivered in the form of a signed asset purchase agreement (together with a copy that is marked to show changes from the Asset Purchase Agreement).

g. All bids must include contact information to allow the Debtors to easily and quickly contact the Potential Bidder's authorized representative.

h. Any bid must be supported by evidence satisfactory to the Debtors and Textron Financial, or the Court, of the Potential Bidder's financial ability to perform its obligations under such offer and its ability to close the transaction at least as quickly as the Proposed Buyer, and if such evidence relates to an affiliate, such affiliate must guarantee the Potential Bidder's performance.

i. Each Potential Bidder's bid must have substantially identical terms and conditions as those set forth in the Asset Purchase Agreement and Plan, except that the purchase price shall be at least Three Hundred Thousand Dollars ($300,000) higher than the aggregate of the Purchase Price and the Expense Reimbursement and must be no less favorable to the Debtors' estates, creditors, and shareholders than the terms and conditions of the Asset Purchase Agreement and the Plan.

j. To be Qualified Bid, the bid shall not be subject to any contingency, other than approval of the Bankruptcy Court.

4

k. Each Qualified Bid must designate the executory contracts and unexpired leases for to which the bidder seeks assumption by the Debtors and assignment to the bidder and any other assets of the Debtors that are subject to the bid.

l. Each Potential Bidder must submit a declaration and such other evidence satisfactory to the Debtors and the Court that all necessary corporate approvals have been obtained.

m. Each Potential Bidder must provide a deposit, in certified funds, equal to $1 million to be held in escrow by the Debtors. The Deposit shall be accompanied by a written acknowledgement that if such bid is the Successful Bid, then the Deposit shall immediately become non-refundable. Unless a Successful Bidder fails to close the purchase of the Assets by the agreed-upon closing date, upon which occurrence such bidder forfeits its Deposit, the Deposit will be returned to the Potential Bidder in the event that the Potential Bidder is not the Successful Bidder, as defined below.

n. All bids must be submitted to the Debtors, c/o John J. Hebert, Polsinelli Shughart, PC, 3636 North Central Avenue, Suite 1200, Phoenix, Arizona 85012 by the Bid Deadline. Copies of all bids must be delivered to Textron Financial Corporation, c/o Cathy L. Reece, Fennemore Craig, P.C., 3003 North Central Ave., Suite 2600, and ILX Acquisition, Inc., c/o Peter A. Siddiqui, Katten Muchin Rosenman LLP, 525 West Monroe Street, Chicago, IL 60661.

o. The Debtors, in consultation with Textron Financial, will determine which bids constitute Qualified Bids and will notify ILX Acquisition, Inc. and all bidders accordingly within three (3) business days after the Bid Deadline or if it is determined that the bidder is not qualified, such notification will be made in writing to the non-qualifying bidder with the specific reason or reasons for non-qualification.

p. Except for Textron Financial which is deemed to be a Qualified Bidder, any secured party determined to have a right to credit bid pursuant to section 363(k) of the Bankruptcy Code (a "Credit Bidder") may submit a credit bid for any property on which it holds a valid, first-priority lien. Any Credit Bidder must comply with the procedures set forth above. In addition, a Credit Bidder must submit documentation supporting the extent, amount, perfection, and priority of its secured claim. Any Credit Bidder with a valid security interest that submits a timely and conforming bid will be a Qualified Bidder.

q. If the Debtors notify a Credit Bidder that they dispute the validity, enforceability, perfection, priority, or amount of the secured claim held by such Credit Bidder, if any, the Debtors or the Credit Bidder may seek an expedited hearing from the Court to determine, for bidding purposes only, the validity, enforceability, perfection, priority, or amount of the secured claim.

r. The Debtors will have the right to reject any and all bids that do not conform with the Sale Procedures. **However, the Court has stated on the record that the Court may change any Sale Procedures at any time, including during the Sale Hearing, if the Court determines it is appropriate**.

s. Only Qualified Bidders and the Proposed Buyer will be permitted to bid at the Auction. All bids must be made on the record and in public at the Auction. The Debtors may communicate with any Qualified Bidder in an effort to improve its bid, including revealing the terms of any other bid by a Qualified Bidder. In addition to

2694111.01

the Auction procedures set forth below, the Debtors or the Court may establish other reasonable auction rules and announce them publicly prior to the Auction.

t.  Bidding will commence with the highest Qualified Bid for the Assets.

u.  Thereafter, any subsequent bids by any Qualified Bidder must exceed the prior bid by a minimum of $200,000.

v.  Qualified Bidders will be responsible for disclosing and communicating in open Court to all parties present during the Auction the key terms and conditions of their bids.

w.  Following the conclusion of the Auction, the Debtors, in consultation with Textron Financial, will determine and announce their determination as to which bid yields the highest or otherwise most favorable result for the Debtors and their estates. The Debtors may consider factors other than the stated purchase price of each bid (including the effect on their estates' severance obligations, rejection damage claims, and similar matters).

x.  The Debtors will recommend one or more successful bidders ("Successful Bidders") to the Court for approval at the Hearing. The Successful Bidders will be required to execute amendments to their asset purchase agreement(s) to reflect changes made to their respective purchase agreements during the conduct of the Auction.

y.  Pursuant to Article V(A) of the Plan the Successful Bid must provide at least the same amount of cash for pre and post confirmation operating expenses, administrative expenses, and priority claims, and the same payment to creditors other than Textron Financial (including funding the Liquidating Trust), and equity holders (including funding the Stock Pool), that would be made if the Proposed Buyer were the Successful Bidder, and, to the extent that a Successful Bidder other than the Proposed Buyer does not have an agreement with Textron Financial, it must pay Textron Financial's Allowed Secured Claim in full in cash, on the Effective Date, which, as stated in the Plan is $27,681,807 plus interest and fees.

z.  The Court will entertain objections to the conduct of the Auction or selection of the Successful Bidders from any interested party with the requisite standing at the Hearing. No such objections shall be heard after conclusion of the Hearing. No bid will be considered accepted until presented to and approved by Court at the Hearing.

2694111.01